157 F.3d 905
 Mark Rotella
v.
Angela M. Wood, MD, Gary Lee Etter, MD PA, William M.
Pederson, Grover Lawlis, MD, David R. Baker, MD, Larrie W.
Arnold, MD, Fred L. Griffin, MD, Leslie J. Secrest, MD, John
M. Zimburean, MD, Bradford M. Goff, MD, Dallas Psychiatric
Associates, David R. Baker, MD PA, Larrie W. Arnold, MD PA,
Leslie H. Secrest, MD PA, William M. Pederson, MD PA, Fred
L. Griffin, MD PA, Bradford M. Goff, MD PA, Grover Lawlis,
MD PA, Anglea M. Wood, MD PA, John M.
 NO. 97-11279
 United States Court of Appeals,
Fifth Circuit.
 August 28, 1998
 N.D.Tex., 147 F.3d 438
 
 1
 DENIALS OF REHEARING EN BANC.